[No. 52607-3-I.   Division One.   March 22, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. NATHAN JON SEVERIN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-05005-5, Carol A. Schapira, J., entered June 16, 2003. *Affirmed in part* and *remanded* by unpublished per curiam opinion.

[Nos. 52811-4-I; 52812-2-I.   Division One.   March 22, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. FLOYD DEAN NOLAND III, *Appellant*.

Appeals from a judgment of the Superior Court for Whatcom County, Nos. 03-1-00572-2 and 03-1-00571-4, Michael F. Moynihan, J., entered June 26, 2003. *Reversed* by unpublished per curiam opinion.

[Nos. 28384-1-II; 28419-7-II.   Division Two.   March 23, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES ALLEN JACOBS, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. KATHY ANN AUSTIN-BOCANEGRA, *Appellant*.

Appeals from a judgment of the Superior Court for Thurston County, No. 01-1-00502-6, Gary Tabor, J., entered January 11, 2002. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Hunt, C.J., and Seinfeld, J. Now published at 121 Wn. App. 669.